935 A.2d 1268

**Bruce JAMIESON, Petitioner,**

v.

**Honorable Eugene Edward J. MAIER, Lynne Abraham, Esquire, Raymond J. Sobina, Respondents.**

No. 128 EM 2007.

Supreme Court of Pennsylvania.

Oct. 26, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of October, 2007, the Application for Leave to File Original Process is granted. The Petition

for Writ of Habeas Corpus and/or Writ of Prohibition and Application for an Immediate Hearing are denied. The judge's name is to be stricken from the caption.